**CHRISTENSEN JAMES & MARTIN**
Daryl E. Martin, Esq. (6735)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, ljw@cjmlv.com
*Attorneys for Glaziers Trusts*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The Trustees of the Glazing Health and Welfare Fund, Southern Nevada Glaziers and Fabricators Pension Trust Fund; Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust; Painters, Glaziers and Floorcoverers Safety Training Trust Fund; Painters and Glaziers Market Recovery Fund; Southern Nevada Painters and Decorators and Glaziers Labor-Management Cooperation Committee Trust; Painters and Allied Trades Labor-Management Cooperation Initiative; Glaziers Industry Promotion Fund; International Painters and Allied Trades Industry Pension Trust Fund; IUPAT District Council 16, Glaziers, Architectural Metal and Glassworkers' Local Union 2001; Local 2001 Political Action Fund; Political Action Together Fund,<br><br>Plaintiffs,<br>vs.<br><br>Raydeo Enterprises, Inc., a Georgia Corporation; Suretec Insurance Company, a Texas surety; Mortenson-Mccarthy Las Vegas Stadium, a Joint Venture, a general partnership; M A Mortenson Company, a Minnesota Corporation; McCarthy Building Companies, Inc., a Missouri Corporation; United States Fire Insurance Company, a Delaware Corporation; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01795-KJD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT SURETEC INSURANCE COMPANY TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel of record, pursuant to LR IA 6.1, that Defendant Suretec Insurance Company ("Suretec"), shall have up to and including **December 4, 2020** within which to answer or otherwise respond to the Complaint. Defendant Suretec was served on **October 26**, so its response was due on **November 16**.

Good cause exists to extend the time within which to file a responsive pleading because the parties are actively engaged in settlement negotiations to resolve this case in its entirety. The requested extension will provide the parties with the opportunity to finalize their negotiations. This is the first stipulation to extend the time by which Defendant Suretec must answer the complaint.

Dated this 23rd day of November, 2020.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | THE FAUX LAW GROUP |
| By:/s/ *Laura J. Wolff* <br> Laura J. Wolff, Esq. (6869) <br> Daryl E. Martin, Esq. (6735) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Tel: (702) 255-1718 <br> Fax: (702) 255-0871 <br> Email: ljw@cjmlv.com; <br> dem@cjmlv.com <br> *Attorneys for Plaintiffs* | By: /s/ *Jordan F. Faux* <br> Jordan F. Faux, Esq. ( 12205) <br> 2625 N. Green Valley Pkwy, Suite 100 <br> Henderson, NV 89074 <br> Tel: 702-458-5790 <br> Fax: 702-458-5794 <br> Email: jfaux@fauxlaw.com <br> *Attorney for Suretec Insurance Company* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2020