**CHRISTENSEN JAMES & MARTIN**
Daryl E. Martin, Esq. (6735)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, ljw@cjmlv.com
*Attorneys for Glaziers Trusts*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The Trustees of the Glazing Health and Welfare Fund, Southern Nevada Glaziers and Fabricators Pension Trust Fund; Painters, Glaziers and Floorcoverers Joint Apprenticeship and Journeyman Training Trust; Painters, Glaziers and Floorcoverers Safety Training Trust Fund; Painters and Glaziers Market Recovery Fund; Southern Nevada Painters and Decorators and Glaziers Labor-Management Cooperation Committee Trust; Painters and Allied Trades Labor-Management Cooperation Initiative; Glaziers Industry Promotion Fund; International Painters and Allied Trades Industry Pension Trust Fund; IUPAT District Council 16, Glaziers, Architectural Metal and Glassworkers' Local Union 2001; Local 2001 Political Action Fund; Political Action Together Fund, <br><br> Plaintiffs, <br><br> vs. <br><br> Raydeo Enterprises, Inc., a Georgia Corporation; Suretec Insurance Company, a Texas surety; Mortenson-Mccarthy Las Vegas Stadium, a Joint Venture, a general partnership; M A Mortenson Company, a Minnesota Corporation; McCarthy Building Companies, Inc., a Missouri Corporation; United States Fire Insurance Company, a Delaware Corporation; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01795-KJD-NJK <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel of record, pursuant to LR IA 6.1, that Defendants Raydeo Enterprises, Inc., Mortenson-McCarthy Las Vegas Stadium, M A Mortenson Company and McCarthy Building Companies, Inc., shall have up to and including **January 15, 2021** within which to answer or otherwise respond to the Complaint. Defendants Mortenson-McCarthy Las Vegas Stadium, M A Mortenson Company and McCarthy Building Companies, Inc. were served on **October 13**, so their responses would be due on **November 3**. Raydeo Enterprises, Inc. was served on **October 29**, so its response would be due on **November 19**.

Good cause exists to extend the time within which to file a responsive pleading because the parties are actively engaged in settlement negotiations to resolve this case in its entirety. The requested extension will provide the parties with the opportunity to finalize their negotiations. This is the third stipulation to extend the time by which Defendants must answer the complaint.

IT IS SO ORDERED.

Dated: December 29, 2020

_____
United States Magistrate Judge