# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE GLAZING HEALTH AND WELFARE FUND, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>RAYDEO ENTERPRISES, INC., et al.,<br><br>　　Defendants. | Case No.: 2:20-cv-01795-KJD-NJK<br><br>**ORDER**<br><br>[Docket No. 20] |

Pending before the Court is the parties' stipulation to extend the deadline for Defendants M A Mortenson Company, McCarthy Building Companies, Inc., Mortenson-McCarthy Las Vegas Stadium, and Raydeo Enterprises, Inc. ("Defendants") to file a response to the complaint. Docket No. 20.  For good cause shown, the parties' stipulation is hereby **GRANTED**.  Defendants must file a response to the complaint no later than January 22, 2021.

　　　IT IS SO ORDERED.

　　　Dated: January 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1